IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KENNETH COLLETT**                                                             **PLAINTIFF**

**v.**                          **No. 3:20-CV-330-GHD-RP**

**ARDAGH METAL BEVERAGE USA INC., ET AL.**          **DEFENDANT**

### ORDER DISMISSING CASE

Plaintiff Kenneth Collett filed this case on December 14, 2020. On June 1, 2021, counsel for Collett was granted leave to withdraw [23]. The Plaintiff was ordered to retain counsel or notify the court of his intent to proceed *pro se* by July 2, 2021 [23]. The Plaintiff failed to abide by this order. On July 8, 2021, the court then issued a Show Cause Order directing the Plaintiff to show cause as to why he did not comply with the court's previous order [24]. The order stated, in part, that "[i]f plaintiff fails to respond to this order, the claims against the defendants will be dismissed by the court." *Id.* (emphasis omitted). Again, the Plaintiff has failed to respond.

As such, the Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE and this case is CLOSED.

**SO ORDERED**, this the __3__ day of August, 2021.

                                           _____
                                           SENIOR U.S. DISTRICT JUDGE